**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Jared Dunahoe
Dunahoe Law Firm
402 Second Street
Natchitoches LA 71457

Joseph Ritch
Elliott & Ritch
321 Artesian St
Corpus Christi TX 78401

Samuel C. Ward, Jr.
Elliott & Ritch, L.L.P.
321 Artesian Stree
Corpus Christi TX 78401

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 29, 2025

**REHEARING ACTION: January 29, 2025**

**Docket Number: 24   00025-CW**

**GABRIEL LAGRANGE, ET AL.**
**VERSUS**
**HARLEY BOONE, ET AL.**

**Writ Application from Natchitoches Parish Case No. 90,887**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. Jonathan W. Perry**
   **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gabriel Lagrange, et al** has this day been

   **DENIED.**

cc: David A. Strauss, Counsel for the Respondent
    Jennifer R. Kretschmann, Counsel for the Respondent
    Angela M. Hess, Counsel for the Applicant
    C. Kieffer Petree, Counsel for the Applicant
    Jamie Ann Santos, Counsel for the Applicant
    Jennifer Cortes-Johnson, Counsel for the Respondent
    Nancy N. Butcher, Counsel for the Respondent
    Jack Etherton Truitt, Counsel for the Respondent
    Kaylin K. Storey, Counsel for the Respondent
    Michelle Mayne Davis, Counsel for the Respondent
    James Michael Dill, Counsel for the Respondent